FILED

JUN 20 1990

CLERK
U.S. DIST. COURT
MIDDLE DIST. OF ALA.
DEPUTY CLERK, BY_____

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 90-177-S |
| ) | [21 USC 846; |
| HENRY JEN LINDSEY, ) | 21 USC 848; |
| a/k/a ROY LINDSEY, ) | 21 USC 841(a)(1)] |
| a/k/a LEROY LINDSEY, ) | |
| GREGORY SOWELL, ) | |
| a/k/a GREG SOWELL, and ) | INDICTMENT |
| BERNARD BENSON, ) | |
| a/k/a KNOX BENSON ) | |

The Grand Jury charges:

## COUNT I

That from in or about the month of October, 1986, and continuing thereafter up to and including the date of the filing of this indictment, in Enterprise, within the Middle District of Alabama, and elsewhere,

> HENRY JEN LINDSEY,
> a/k/a ROY LINDSEY,
> a/k/a LEROY LINDSEY,
> GREGORY SOWELL,
> a/k/a GREG SOWELL, and
> BERNARD BENSON,
> a/k/a KNOX BENSON,

defendants herein, did knowingly and intentionally conspire, combine and agree together and with other persons known and unknown to the Grand Jury to possess with intent to distribute and distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT II

That from in or about the month of October, 1986, and continuing thereafter up to and including the date of the filing of this indictment, in Enterprise, within the Middle District of Alabama, and elsewhere,

> HENRY JEN LINDSEY,
> a/k/a ROY LINDSEY,
> a/k/a LEROY LINDSEY,

defendant herein, did willfully, knowingly and intentionally engage in a Continuing Criminal Enterprise in that he did violate Title 21, United States Code, Sections 841 and 846, which violations were part of a continuing series of violations of said statutes undertaken by said defendant in concert with at least five (5) other persons, with respect to whom the defendant occupied a position of organizer, supervisor, or manager, and from which continuing series of violations the defendant obtained substantial income and resources to which the United States is entitled for forfeiture, including all profits obtained by the defendant, arising from his participation in this enterprise, and any of his interest, property, and contractual rights of any kind affording a source of influence over this enterprise, in violation of Title 21, United States Code, Section 848.

## FORFEITURE

Upon conviction of defendant HENRY JEN LINDSEY, a/k/a ROY LINDSEY, a/k/a LEROY LINDSEY, of engaging in a Continuing Criminal Enterprise as set forth in this Count II, in violation of Title 21, United States Code, Section 848, the United States

is entitled to forfeiture of, and the defendant will forfeit to the United States all profits and proceeds of profits obtained by him in such enterprise, and shall forfeit his interest in, claim against, any and all property and contractual rights of any kind affording a source of influence over such enterprise, including but not limited to the following described property, profits and proceeds of profits, interest, claims, and contractual rights of HENRY JEN LINDSEY, a/k/a ROY LINDSEY, a/k/a LEROY LINDSEY, to wit:

The following known bank and savings accounts in the Enterprise, Alabama, area:

>    Fort Rucker Army Aviation Center Credit Union
>    1062 Rucker Boulevard
>    Enterprise, Alabama
>    Account #235740-0 (savings)
>    joint account for Leroy and Marie Lindsey
>
>    Coffee County Bank
>    502 North Main Street
>    Enterprise, Alabama
>    Account #3087913 (checking)
>    joint account for Marie Lindsey and Dormaine Robinson
>
>    SouthTrust Bank of Coffee County
>    306 South Main Street
>    Enterprise, Alabama
>    Account #30-888-159 (checking)
>    joint account for Leroy and Marie Lindsey
>    Account #61-880-428 (checking)
>    account for the Starlight Lounge
>    Account #28-970-363 (passbook savings)
>    joint account for Leroy and Marie Lindsey

all in accordance with Title 21, United States Code, Section 853(a).

## COUNT III

That on or about the 27th day of April, 1989, in Enterprise, within the Middle District of Alabama,

GREGORY SOWELL,
a/k/a GREG SOWELL,

defendant herein, did knowingly and intentionally distribute approximately .413 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT IV

That on or about the 11th day of July, 1989, in Enterprise, within the Middle District of Alabama,

GREGORY SOWELL,
a/k/a GREG SOWELL,

defendant herein, did knowingly and intentionally distribute approximately .210 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT V

That on or about the 11th day of July, 1989, in Enterprise, within the Middle District of Alabama,

HENRY JEN LINDSEY,
a/k/a ROY LINDSEY,
a/k/a LEROY LINDSEY,

defendant herein, did knowingly and intentionally distribute approximately .637 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

4

## COUNT VI

That on or about the 1st day of December, 1989, in Enterprise, within the Middle District of Alabama,

> HENRY JEN LINDSEY,
> a/k/a ROY LINDSEY,
> a/k/a LEROY LINDSEY,

defendant herein, did knowingly and intentionally distribute approximately 2.332 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT VII

That on or about the 1st day of December, 1989, in Enterprise, within the Middle District of Alabama,

> HENRY JEN LINDSEY,
> a/k/a ROY LINDSEY,
> a/k/a LEROY LINDSEY,

defendant herein, did knowingly and intentionally distribute approximately 1.515 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT VIII

That from in or about the Spring of 1989, to in or about October of 1989, in Enterprise, within the Middle District of Alabama, and elsewhere,

> HENRY JEN LINDSEY,
> a/k/a ROY LINDSEY,
> a/k/a LEROY LINDSEY, and
> BERNARD BENSON,
> a/k/a KNOX BENSON,

defendants herein, did knowingly and intentionally possess with

5

intent to distribute cocaine base, a Schedule II controlled substance, the exact amount being unknown to the Grand Jury, in violation of Title 21, United States Code, Section 841 (a)(1).

### COUNT IX

That from in or about the Spring of 1989, to in or about October of 1989, in Enterprise, within the Middle District of Alabama, and elsewhere,

> HENRY JEN LINDSEY,
> a/k/a ROY LINDSEY,
> a/k/a LEROY LINDSEY, and
> BERNARD BENSON,
> a/k/a KNOX BENSON,

defendants herein, did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance, the exact amount being unknown to the Grand Jury, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
D. BROWARD SEGREST
Acting United States Attorney

_____
STEVEN M. REYNOLDS
Assistant U. S. Attorney

6