AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

**UNITED STATES DISTRICT COURT**
Middle District of Alabama

Southern Division

**FILED**

JUN 5 1995

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

Case Number CR 90-177-S

BERNARD BENSON aka Knox Benson
  Defendant.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

The defendant, BERNARD BENSON, was represented by Attorney Joseph Ammons.

The defendant pled guilty to a violation of supervised release. Accordingly, the defendant is adjudged guilty of such conduct involving the following violation:

**Condition Number**        **Nature of Violation**

Violation of Standard Condition No. 7 which states, "The defendant shall refrain from excessive use of alcohol and shall not purchase, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances."

The defendant was found guilty of violations of supervised release. Accordingly, the defendant is adjudged guilty of such conduct involving the following violations:

**Condition Number**        **Nature of Violation**

Violation of Condition which states, "While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance."

Violation of Standard Condition No. 9 which states, "The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer."

IT IS FURTHER ORDERED that the term of Supervised Release imposed on March 20, 1991, be and is hereby REVOKED.

As pronounced on May 18, 1995, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the  5th  day of  June , 1995.

Defendant's SSAN:      8049
Defendant's Date of Birth:   54
Defendant's address:  --     Enterprise, Alabama 36330

Truman Hobbs
United States District Judge


EOD 6-5-95

105

AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 4

Defendant: BERNARD BENSON aka Knox Benson
Case Number: CR 90-177-S

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of twenty-four (24) months.

The Court recommends that the defendant be designated to a facility where intensive residential drug abuse treatment is available and his other medical problems can be administered to.

The defendant is remanded to the custody of the United States Marshal.

### RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal



AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 7 - Statement of Reasons

Judgment--Page 4 of 4

Defendant: BERNARD BENSON aka Knox Benson
Case Number: CR 90-177-S

## STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report.

**Guideline Range Determined by the Court:**

| | |
|---|---|
| Criminal History Category: | I |
| Violation Grade | B |
| Imprisonment Range: | 4 months to 10 months |

    The Court has taken into consideration Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at __twenty-four (24)__ months.

    The Court finds the defendant to be in possession of a controlled substance. Pursuant to 18 USC 3583(g), the term of supervised release shall be terminated, and the defendant shall be required to serve a term of imprisonment.

    The Court finds that the sentence imposed is consistent with the factors stated at 18 U.S.C. §3553(a) to be considered in imposing a sentence.