| CRIMINAL DOCKET U.S. District Court | | | | | | Sept. Asst. MIDDLE | | Case Filed | | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO ☐ | 1127 | 1 | 2705 Assigned | ☐ WRIT ☐ JUVENILE ☐ ALIAS | vs. | BENSON, BERNARD, a/k/a Knox Benson | | Mo. 09 | Day 07 | Yr. 90 | SOUTHERN DIV. 90-00177-03 |
| Misd. ☐ | | | 2705 Disp./Sentence | | | | | No. of Def's 3 | U.S. MAG. CASE NO. | | |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | | | |

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21/846 | *Conspiracy* Possess with intent to distribute and distribution of cocaine base, a Schedule II controlled substance (Ct.1) | 1 | X |
| 21/841(a)(1) | Distribution of a Schedule II controlled substance - cocaine base (Cts. 8,9) | 2 | |

**INTERVAL ONE**
KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
KEY DATE: 9-7-90 APPLICABLE
☒ Indictment ☐ consent to Mag. trial on complaint ☐ Information ☐ Felony W/waiver

KEY DATE: 9-11-90
a) ☐ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Superd'g Indt.
d) ☐ Order New trial
e) ☐ Remand f) ☐ G/P Withdrawn

**END INTERVAL TWO**
KEY DATE: 10-26-90 APPLICABLE
☐ Dismissal ☒ Pled guilty ☒ After N.G. ☐ Nolo ☐ After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waiver counsel | ARRAIGNMENT | 1st Trial Ended | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | | FINAL CHARGES DISMISSED | on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|
| 9-13-90 | 9-13-90 | | RE TRIAL | 10-26-90 | 3-20-91 | ☐ TD ☐ Nolle ☐ Pros | ☐ on S.T. grounds ☐ W.P. ☐ WOP | |

**III. MAGISTRATE**

| Search Warrant | Issued / Return | DATE | INITIAL/NO | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO | OUTCOME: ☐ DISMISSED |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED Tape Number | | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
→ 01-LINDSEY    02-SOWELL

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

**ATTORNEYS**
U.S. Attorney or Asst.
James E. Wilson, U.S. Attorney
Steven M. Reynolds, Asst. U.S. Attorney

Defense: 1 ☒ CJA.   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

~~T. Dudley Perry~~
~~111 Washington Ave.~~
~~Montgomery, AL 36104~~
~~Appt'd 9/12/90 for~~
~~detention & arraignment~~

Cada M. Carter
P.O. Box ~~536~~ ~~1748~~ 5895
Dothan, AL 36302    677-4920
Appt'd 9/14/90
(205) ~~794-0759~~ 793-3610

Joseph S. Ammons
915 South Hull Street
Montgomery, AL 36104
264-1441
(apt'd 5/5/95 for Sup Rel Rev)

**BAIL ● RELEASE**
PRE-INDICTMENT
Release Date: 
☐ Bail Denied   ☐ Fugitive   ☐ Pers. Rec.   ☐ PSA
AMOUNT SET $ 
Conditions: ☐ 10% Dep.   ☐ Surety Bnd
Date Set 
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty   ☐ Other

POST-INDICTMENT
Release Date: 
☒ Bail Denied   ☐ Fugitive   ☐ Pers. Rec.   ☐ PSA
AMOUNT SET $ 
Conditions: ☐ 10% Dep.   ☐ Surety Bnd
Date Set 
☐ Bail Not Made   ☐ Collateral
Date Bond Made   ☐ 3rd Prty   ☐ Other

| FINE AND RESTITUTION PAYMENTS | | | [X] Docket Entries Begin On Reverse Side | | | |
|---|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER | |
| | | | | | | |

APPEALS FEE PAYMENTS

| DATE<br>DOCUMENT NO. | Yr. 90 | Docket No. 00177<br>Benson | Def. 03 | X | MASTER DOCKET - MULTIPLE DEFENDANT CASE<br>PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI EXCLUDABLE DELAY |
|---|---|---|---|---|---|---|---|

### V. PROCEEDINGS

(OPTIONAL) Show last names of defendants

| Date | Doc # | Proceeding |
|---|---|---|
| 9-7-90 | 1 | Indictment. (Unsealed per Order rendered in Cr. Misc. #235) |
| 9-7-90 | 4 | Warrant for arrest issued. |
| 9-11-90 | 9 | Magistrate Carroll's ORDER of temporary detention pending detention hearing set for 9/13/90 at 2:00 p.m. (Copies furnished to USA, PO, USM; mailed to all remaining counsel.) |
| 9-11-90 | 10 | Government's motion for detention hearing. Referred to Magistrate Carroll. |
| 9-11-90 | 11 | Defendant's financial affidavit. Referred to Magistrate Carroll. |
| 9-11-90 | 12 | CJA 20 appointing the Hon. Dudley Perry, Jr. to represent defendant at arraignment and detention hearing only. |
| 9-13-90 | | **ARRAIGNMENT.** Defendant appeared before Judge Varner with his attorney, Hon. Dudley Perry, Jr., and entered a plea of not guilty. Remanded to custody of Marshal pending trial. |
| 9-14-90 | 13 | CJA 20 order/voucher substituting Hon. Cada M. Carter as counsel for defendant for all future proceedings. |
| 9-14-90 | 15 | Marshal's return on warrant for arrest executed 9/11/90. |
| 9-19-90 | 19 | **TRIAL NOTICE.** (10/29/90 at 10:00 a.m., Dothan, Alabama.) Cert. mail returned unclaimed. **(Remailed) Received 9/26/90** |
| 9-21-90 | 25 | Magistrate Carroll's **ORDER OF DETENTION PENDING TRIAL** (Rendered 9/14/90). (Copies furnished to USA, PO, USM; mailed to counsel.) EOD 9/21/90 |
| 9-24-90 | 27 | **ORDER** DIRECTING the Government to respond to defendant Lindsey's 9/21/90 motion to compel disclosure on or before 10/2/90; granting defendant Sowell's motion for an extension of time in which to file additional motions to the extent that defendant Sowell's motions shall be filed no later than 10/4/90; that the Government's responses to any such motion shall be filed on or before 10/7/90; DIRECTING all parties to file any requested voir dire questions and any proposed jury instructions on or before 10/22/90. (Copies furnished to USA; mailed to all remaining counsel.) |
| 10-4-90 | 32 | Defendant's **motion** for discovery. Referred to Judge Hobbs.    10-4-90   F= 9   10/12-90 |
| 10-4-90 | 33 | **ORDER** directing the Government to file its response to defendant's motion for discovery on or before 10/11/90. (Copies furnished to USA; mailed to counsel.) |
| 10-5-90 | 34 | Government's **response** to defendant's motion for discovery. Referred to Judge Hobbs. |
| 10-12-90 | 35 | **ORDER** denying as moot defendant's motion for discovery; DIRECTING the defendant to confer with the U.S. Attorney to agree on a time and place as which the appropriate production can be made. (Copies furnished to USA; mailed to counsel.) |

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET  U.S. vs BENSON, BERNARD, a/k/a<br>Knox Benson<br>AO 256A    Page 2 | SOUTHERN DIVISION<br>90-00177-03<br>Yr. \| Docket No. \| Def. |
|---|---|

| DATE | PROCEEDINGS (continued)<br>—(Document No.)— | V. EXCLUDABLE DELAY<br>(a) \| (b) \| (c) \| (d) |
|---|---|---|
| 10-22-90 | 44  Government's requested jury instructions (1-14). Referred to Judge Hobbs. | |
| 10-22-90 | 45  Government's requested voir dire questions (1-16). Referred to Judge Hobbs. | |
| 10-24-90 | 46  **CONSENT DOCKET NOTICE.** (10/26/90 at 10:00 a.m., first floor courtroom, Montgomery, AL.) | |
| 10-25-90 | 49  Government's (additional) requested jury instruction. Referred to Judge Hobbs. | |
| 10-25-90 |     CJA 20 in the amount of $199.00 approved by Judge Varner on 10-19-90 and submitted to AO for payment. RE: T. Dudley Perry, Jr. | |
| 10-26-90 | 50  PLEA AGREEMENT. (Copies furnished USA & PO.) | |
| 10-26-90 |     **CHANGE OF PLEA.** Defendant appeared with Attorney John M. Maddox, who was standing in for Hon. Cada M. Carter, before Judge Hobbs, and changed his plea to guilty to Count 8 of the indictment; Counts 1 and 9 were dismissed on the oral motion of the U.S. Attorney; defendant remanded to the custody of the Marshal pending sentencing upon completion of the presentence report. | |
| 2-28-91 |     Notified telephonically by the Probation Office that the presentence report is complete and will be mailed to counsel on 2/28/91. | |
| 2-28-91 | 63  **SENTENCING NOTICE.** (3/20/91 at 11:00 a.m., first floor courtroom, Montgomery, AL.) | |
| 3-6-91 | 64  Probation's letter on completion and mailing of presentence report to counsel. | |
| 3-20-91 |     **SENTENCE.**<br>75  **JUDGMENT** committing defendant to the custody of the Bureau of Prisons for a term of FORTY-ONE (41) MONTHS, to stand committed this date; placing defendant on supervised release for a term of FIVE (5) YEARS upon his release from confinement; that the defendant pay an assessment fee to the United States in the amount of $50.00 through the Office of the U.S. District Court Clerk; that while on supervised release the defendant shall comply with the standard conditions of supervised release that have been adopted by the Court and shall comply with the following additional conditions: that the defendant shall not possess a firearm or destructive device; that the defendant shall report in person to the U.S. Probation Office in the district of release within 72 hours of his | |

Interval (per Section II)  Start Date / End Date  Ltr. Code  Total Days

| UNITED STATES DISTRICT COURT | | | | |
|---|---|---|---|---|
| CRIMINAL DOCKET | | | 90-00177-03 | |
| AO 256A | BENSON, BERNARD | Page 3 | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY |
|---|---|---|
| | | (a) \| (b) \| (c) \| (d) |
| 3-20-91 | 75  **JUDGMENT CONTINUED:**<br>release from the custody of the Bureau of Prisons; that the defendant is to participate in a substance abuse treatment program as directed by his probation officer; The Court declined to enter an order of restitution in this case; that the Court granted the Government's motion for a downward departure from the statutory minimum as a result of defendant's substantial assistance. (Copies furnished to USA, PO, USM, defendant; mailed to counsel and Coffee Co. Bd. of Registrars.)   EOD 3/21/91 | |
| 3-20-91 | 76  **ORDER** that the presentence report in this cause be filed with the Clerk of this Court wherein it shall be placed under **seal**; that if an appeal is taken, the presentence report shall be transmitted under seal to the appellate court; that upon written application to the Clerk of this Court, counsel for the defendant and for the government may examine the report or obtain a copy thereof as futher set out in order. (Copies furnished to USA, PO; mailed to counsel.)   EOD | |
| 3-20-91 | 77  **PRESENTENCE REPORT.** (**Sealed** and placed in the vault.) | |
| 8-15-91<br>12-3-91 | $50.00 assessment fee paid through BOP Offset Program. Government's satisfaction of judgment. | |
| 2-13-95 | 98  USPO's **Petition** for Warrant for Offender Under Supervision. Referred to Judge Hobbs. 2/14/95: Judge Thompson's (in Judge Hobbs' absence) **ORDER DIRECTING** issuance of warrant. (Copies mailed to USPO, Dothan; furnished USA, USM, USPO.) | |
| 2-14-95 | 99  **Warrant for Arrest** of Probationer issued. | |
| 5-5-95 | **INITIAL APPEARANCE** on Petition for Warrant for Offender under Supervision filed 2-13-95. | |
| 5-5-95 | 100  Courtroom Deputy's Minute's of initial appearance. | |
| 5-5-95 | 101  CJA 20 **VOUCHER/ORDER** issued by Judge Truman M. Hobbs appointing Atty Joseph S. Ammons to represent the defendant during Supervised Release Revocation Proceedings. (Voucher, together with cys of Indictment, J&C, Petition and 5/5/95 Order, mailed to Atty Ammons.) | |
| 5-5-95 | 102  **ORDER** scheduling the **Supervised Release Revocation Hearing** for **Tuesday, May 16, 1995,** at 10:00 a.m., 5th Floor Courtroom, Montgomery. (Copies mailed to counsel and PO; furnished local USPO, USM, USA, USPTS, dft via USM.) | |

Interval (per Section II)  |  Start Date / End Date  |  Ltr. Code  |  Total Days

| | | SOUTHERN DIVISION |
|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs   BENSON, BERNARD, a/k/a Knox Benson

AO 256A

90-00177-03
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 5-8-95 | 103  Marshal's return on warrant for arrest of probationer executed 5/4/95. | |
| 5-16-95 | **Supervised Release Revocation Hearing.** | |
| 5-16-95 | 104  Courtroom Clerk's MINUTES of Supervised Release Revocation Hearing before Judge Truman M. Hobbs. Govt's **ORAL MOTION** to Substitute A Copy of Govt's Exh #1 for Original Admitted During Hearing -- **MOTION GRANTED.** (Substitution made during hearing.) WITNESS and EXHIBIT Lists attached. | |
| 6-5-95 | 105  **JUDGMENT** and COMMITMENT. Defendant, represented by Atty Joseph Ammons, pled guilty to violation of supervised release (standard condition) and was found guilty of violation of Standard Conditions Nos. 7 and 9. ORDERED that the term of Supervised Release imposed on 3/20/91 is hereby **REVOKED.** As pronounced on 5/16/95, the defendant is **committed** to the custody of the United States Bureau of Prisons for a term of **twenty (24) months.** The Court recommends that the defendant be designated to a facility where intensive residential drug abuse treatment is available and his other medical problems can be administered to. The defendant is remanded to the custody of the United States Marshal. The Court finds the defendant to be in possession of a controlled substance. Pursuant to 18:3583(g), the term of supervised release shall be terminated and the defendant shall be required to serve a term of imprisonment. The Court finds that the sentence imposed is consistent with the factors stated at 18:3553(a) to be considered in imposing a sentence. Further ordered that the dft shall notify the USA for this district within 30 days of any change of name, residence, or mailing address until all fines, imposed by this Judgement are fully paid. (Copies mailed to counsel; furnished USA, USM, USPO, USPTS, dft via USM.) | |
| 7-3-95 | 106  USM's return on execution of 6/5/95 judgment; deft delivered on 6/30/95 to Federal Prison Camp at Maxwell AFB, AL. | |
| 7-17-95 | 106  CJA20 Voucher approved by Judge Hobbs for Atty Joseph S. Ammons in the amount of $190.00 and forwarded to the AO for payments. | |
| 1/16/08 | Clerk's Notice of Intent to Return or Dispose of Trial Exhibits (Notice to Return or Dispose of Trial Exhibits attached) (Copies mailed to counsel; furnished to USA) | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days